

FILED
2015 SEP -8 PM 3:49
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

charles shephard,
   Plaintiff

v.

Case No. 6:15-CV-1467-ORL-37-TBS
(To be assigned by Clerk of District Court)

arrons,
   Defendant(s)

# COMPLAINT

I. State the grounds or reasons for filing this case is Federal Court (i.e., breach of contract, violation of constitutional right, challenge to law/statute) (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   federal question ,fdcpa

II. Plaintiff, charles shephard is a citizen of florida and is domiciled at 4505 rock hill loop, apopka in the county of Florida 32712

III. Defendant(s),

   arrons lives at, or its business is located at 2226 e semoron blvd, apopka, fl 32703

IV. Venue

   Where did the events giving rise to this claim take place? apopka fl

V. Statement of Facts (State as briefly and clearly as possible the facts of your case. Describe how each defendant is involved and what each defendant personally did or failed to do, which resulted in harm to you. Include the names of other people involved along with dates and places. Take time to organize your statement. Each fact should be a separate sentence, and each sentence should be consecutively numbered. Please make each sentence a separate numbered paragraph.)

VI. Statement of claim (In separately numbered sentences or counts, please state each claim you are making. For example, breach of contract, violation of the Constitutional rights, or violation of statute. For each claim, list each defendant that the claim is against. Describe specifically the wrongf

fdcpa act ,there has been several days tha i will get about 10 calls a day from this company and others i ill have them at my home at 8 or 850 at night and in which wa told to me by the manager that this is allowed here in the state of florida quated by kevin the store manager.
3

VII.  Relief: State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

>   to award me stress and mental distress and to fine the ompany for calling me after hours after 5

VIII.  Money damages:

>   Do you claim either actual or punitive monetary damages for the acts alleged in this complaint? yes

>   100000 for mental stress and punitive damages

IX. Jury Trial Demand

>   Are you seeking a jury trial in this case? false

X. Additional Information:

>   this company will continue to do this to other people and i would like to have this court look into these simuar cases

_[signature]_         9/3/15

Signature of Plaintiff         Date
4505 rock hill loop
4078144573
shephard_brian@yahoo.com

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## DIVISION

| | | |
|---|---|---|
| charles shephard, Plaintiff | ) ) ) | |
| | ) v. ) ) | Case No._____ (To be assigned by Clerk of District Court) |
| arrons, Defendant(s) | ) ) ) ) | |

### MOTION TO PROCEED IN FORMA PAUPERIS

4

## PURSUANT TO 28 U.S.C. § 1915

I.     I, charles shephard, move the Court for leave to proceed in this action without prepayment of the filing fee or security for the filing fee. Because of my poverty, which is demonstrated by the attached affidavit, I am unable to pay the filing fee.

II. The nature of this action is: .

III. As set forth in the Complaint, I believe I am entitled to redress.

IV. Along with this filing, I have completed an Application to Proceed in District Court Without Prepaying Fees or Costs, which is attached to this Motion. (You may obtain this form from the Clerk of the Court or the Court's website (                      ). You must complete all blanks on this form, and this form must be signed under the penalty of perjury).

_Charles O Shephard_                      9/8/15
Signature of Plaintiff                          Date
Address: 4505 rock hill loop, apopka, Florida 32712

Telephone: 4078144573