# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CHARLES SHEPHARD,

        Plaintiff,

v.                                                   Case No. 6:15-cv-1467-Orl-37TBS

ARRONS,

        Defendant.

## ORDER

This cause is before the Court on the following:

1. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2), filed September 8, 2015; and

2. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 5), filed September 15, 2015.

Upon consideration, the Court adopts Judge Smith's Report and Recommendation ("R&R") in part.

Alongside his Complaint (Doc. 1), Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs so that he could proceed in forma pauperis. (Doc. 2 ("Application")). U.S. Magistrate Judge Thomas B. Smith recommended that the Court dismiss Plaintiff's case without prejudice and carry the Application until Plaintiff filed an amended complaint. (*See* Doc. 5.) On October 7, 2015, Plaintiff filed his Amended Complaint. (Doc. 9.)

Having independently reviewed the R&R for fairness and in the absence of any objection, this Court agrees with Magistrate Judge Smith and adopts the R&R in part. *See*

28 U.S.C. § 636(b)(1) (suggesting that a de novo review is only required when a party objects to the proposed findings and recommendations). In light of the already filed Amended Complaint, the Recommendation to permit its filing is moot. As to the Amended Complaint, the Court will return the consideration of its viability to the Magistrate Judge in connection with the still pending IFP motion and await a renewed recommendation from Judge Smith regarding Plaintiff's Application.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 5) is **ADOPTED IN PART**.

    a. U.S. Magistrate Judge Smith's R&R is **ADOPTED** to the extent that he recommends the Court carry Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) to Plaintiff's Amended Complaint (Doc. 9).

    b. In all other respects, the R&R is **TERMINATED as moot**. The Court will await a renewed recommendation from Magistrate Judge Smith as to Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 8, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record