**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CHARLES SHEPHARD,

    Plaintiff,

v.      Case No. 6:15-cv-1467-Orl-37TBS

ARRONS,

    Defendant.

### ORDER

This cause is before the Court on Plaintiff's Motion to Dismiss Case due to Settlement (Doc. 13), filed October 14, 2015, indicating that the parties have resolved the claims in this action. Because the Defendant has not yet been served, the Court construes Plaintiff's Motion as a as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that pursuant to Plaintiff's notice of dismissal, this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to terminate all pending motions, deadlines, and reports and recommendations and to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 26, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Pro Se Party